UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA                                      CIVIL ACTION

VERSUS

SMITHKLINE BEECHAM
CORPORATION                                             No. 15-00055-BAJ-SCR

ORDER

On December 29, 2014, the State of Louisiana ("Plaintiff" or "the State") filed its Petition in the 19th Judicial District Court for the State of Louisiana alleging that SmithKline Beecham Corporation ("Defendant") abused the Food and Drug Administration approval process to delay agency approval of a generic version of Defendant's pharmaceutical drug, Flonase, in violation of the Louisiana Monopolies Act, the Louisiana Unfair Trade Practices Act, and to unjustly enrich itself. (Doc. 1-2). Defendant removed the action to this Court on February 4, 2015. (Doc. 1).

The parties filed a Joint Motion to Temporarily Stay Proceedings and Extend the Time to File Responsive Pleadings on February 11, 2015. (Doc. 2). On February 20, 2015, this Court referred the Motion to the Magistrate Judge, who granted the Motion on the same day. (Docs. 3, 4). The Magistrate Judge acknowledged in his Order that Plaintiff would file a motion to remand the action, but expressly ordered a stay of "all pretrial activity in this case . . . pending the Court's final determination of the State's motion to remand." (Doc. 4 at p. 1). The State subsequently filed its Motion to Remand on March 6, 2015. (Doc. 5). The Court's

Order notwithstanding, and prior to the Court's ruling on the State's Motion to Remand,[1] Defendant then filed a Motion to Transfer [the] Case to [the] Eastern District of Pennsylvania ("Motion to Transfer") on April 2, 2015. (Doc. 8).

As such, the Court finds that the Motion to Transfer was improperly filed in violation of the Court's Order prohibiting "all pretrial activity in this case" until the Court decided the State's Motion to Remand.

Accordingly,

**IT IS ORDERED** that Defendant's **Motion to Transfer Case to Eastern District of Pennsylvania (Doc. 8)** shall be **STRICKEN FROM THE RECORD** as improperly filed in violation of the Court's Order (Doc. 4).

**IT IS FURTHER ORDERED** that Defendant may re-file its Motion after the Court issues its ruling on the pending Motion to Remand, if the Court finds jurisdiction is proper.

Baton Rouge, Louisiana, this **1ST** day of October, 2015.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] The State's Motion to Remand remains pending before this Court. (Doc. 5).